THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK WESTLAKE, Appellant.

Submitted January 21, 1946; decided January 24, 1946.

*Frank Westlake,* in person, for motion.
No one opposed.

Motion dismissed upon the ground that defendant's case has not been determined by the Appellate Division.